Apoorva Doshi
Van Eycklei 12, Bus 14,
2018 Antwerpen, Belgium
apoorvadoshi@gmail.com

1st March 2019

**VIA COURIER**

Hon. Vervon S. Broderick, U.S.D.J.

United States District Court for the Southern District of New York,

Thurgood Marshall United States Courthouse

40 Foley Square, Room 415

New York, New York 10007

Re: ICICI Bank Limited, New York Branch v. Apoorva Doshi et al, No: 18-cv-9128(VSB)

Dear Judge Broderick,

Thank you for allowing my prior request for extension to March 1 2019.

I am in the process of discussing settlement with the plaintiff. I therefore request another extension to 15th April 2019 to answer or otherwise respond to the complaint. Plaintiff has consented to such extension.

I thank Your Honour for your consideration.

Respectfully submitted,

Apoorva Doshi

c. Counsel of Record





DHL Express Worldwide shipping label (shown upside down in scan):

- Waybill: 5765199974
- Barcode: (2L) US10007+000000
- Tracking: JD01 4600 0067 8708 5668
- Date: 2019-03-10
- Shipment Weight: 0.5 kg
- Vol.Wgt: 0.5 kg
- Piece: 1/1
- Shipment Ref: 128587S TPC
- Content: DOX
- Service: US-ZYP-ZY4

**From:**
APOURVA DOSHI
G 13 NAHAR & SETH INDL ESTATE
CRDINAL GRACIAS ROAD CHAKALA ANDHERI E
400099 MUMBAI
INDIA
Phone: +912228354031
Origin: BOM

**To:**
HON VERNON S BRODERICK USDJ
HON VERNON S BRODERICK USDJ
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DIST
THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 FOLEY SQUARE, ROOM - 415
10007 NEW YORK, NEW YORK
UNITED STATES OF AMERICA
Ph: +12125550123

Bill to A/C: 530630544
EasyShip

Stamped: RECD SDNY 3/13/19 MAILROOM

A. Roma
Moore
V.B.C - ICMC
5/27/662-8

To: Hon Vernon S Broderick USDJ
United States District Court for the
Southern District of New York
Thurgood Marshall United States Cour[t]
40, Foley Square Room 415
New York, New York 10007

NEW YORK.
U.S.A

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court for the Southern District of New York,
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

From:
Apoorva Doshi
Van Eycklei 12, Bus 14,
2018 Antwerpen, Belgium
Tel: +32 479 366 338

RECEIVED
SDNY PRO SE OFFICE
2019 MAR 14 AM 11:11
S.D. OF N.Y.